UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WADE E. ALLEMENT, JR.

VERSUS

AMERISTEP CORPORATION, ET AL

CIVIL ACTION

NO. 11-713-BAJ-CN

**RULING AND
ORDER OF REMAND**

The Court, having carefully considered the motion to remand, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 26, 2012 (doc. 11), defendants' objection to the report and recommendation (doc. 13), and plaintiff's response to defendants' objection (doc. 15), hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's motion to remand (doc. 6) is **GRANTED**, and **IT IS ORDERED** that this action is hereby remanded to the 18th Judicial District Court, Parish of Pointe Coupee, State of Louisiana.

Baton Rouge, Louisiana, February 28, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA